**349-15**

PDR NO. _____

APPEAL NO. 01-13-00295-CR
FILED IN

EDWARD FLORES, COURT OF CRIMINAL APPEALS   IN THE COURT OF CRIMINAL
  APPELLANT,      §
       OCT 02 2015  § APPEALS AT AUSTIN, TEXAS. RECEIVED IN
Vs.            §       COURT OF CRIMINAL APPEALS
            §
THE STATE OF TEXAS, Abel Acosta, Clerk §    OCT 02 2015
  APPELLEE.      §

## APPELLANT'S MOTION FOR AN EXTENTION OF TIME TO FILE Abel Acosta, Clerk

## MOTION FOR REHEARING

COMES NOW, Edward Flores, TDCJ #01848741, Appellant in the above -styled and -number and files his motion to seek for an extention of time to file a motion for rehearing pursuant to Rule 79 of the Texas Rules of Appellate Procedure, and shows this Honorable Court GOOD CAUSE to GRANT this motion as follows:

1· The Appellate is current incercerated in the TDCJ-CID Coffield unit in Anderson County, and is indigent.

2· On September 22, 2015, Scott Pawgan sent a letter correspondance (by certified mail #7014 3490 0002 3263 3160) advising the Appellant that his Petition for Discretionary Review (PDR) was denied on September 16, 2015.

3· Scott Pawgan did not send him his motion for rehearing that was overruled in the court of appeals, nor did Pawgan send the Appellant's PDR to him. In other words, the Appellant does not have the necessary documents to properly prepare for a motion for rehearing within this Honorable Court.

4· The Appellant sent a letter correspondance to Scott Pawgan to ask for him to send all the above documents, including this Honorable Court's postcard dening the PDR.

1

5. Normally the Appellant would only seek for a 30 day extention, however, considering that the Appellant is now without counsel for his help and does not have any of the vital documents to properly prepare for his motion for rehearing, the Appellant is respectfully seeking either a 45 or 60 day extention, unless this Honorable Court provides the Appellant with the necessary documents.

6. The current deadline for filing a Motion for rehearing falls on October 1, 2015.

7. The Appellant's proposed deadlines would either fall on November 16, 2015, or Noevember 31, 2015, or a reasonable amount of time deem fit in this Honorable Court's eyes.

## PRAYER FOR RELIEF

Appellant prays that this Honorable Court will GRANT this motion and extend the deadline for filing to: (1) November 16, 2015; (2) November 31, 2015; or (3) a reasonable amount of time to properly retrieve his documents from either this Honorable Court or from his previous counsel.

X
_____
Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.colony, Tx. 75884
Pro se.

## INMATE DECLARATION

I, Edward Flores, TDCJ #01848741, currently incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of per-

2

jury. Executed this day of September 26, 2015.

X _____
Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Edward Flores, TDCJ #01848741, have placed this motion for an extention of time to file his motion for rehearing, into the internal mailing system of the Coffield unit in Anderson County on September 26, 2015. This is true and correct under the penalty of perjury. Executed this day of September 26, 2015.

X _____
Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## CERTIFICATE OF GOOD FAITH

This motion is done in good faith and not for delay. All Appellant's motives are well placed and only seeks for a proper and adequate opportunity to file his motion for rehearing. This is true and correct under the penalty of perjury. Executed this day of September 26, 2015.

X _____
Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.